SK:MWG
F. #2020R00680

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

TERIQUE HINES,
       also known as "Young
       Costamado,"

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. <u>20-416 (EK)</u>
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
 924(d)(1) and 3551 <u>et seq</u>.; T. 21,
 U.S.C., § 853(p); T. 28,
 U.S.C., § 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Felon in Possession of a Firearm)

     1.     On or about July 30, 2019, within the Eastern District of New York, the

defendant TERIQUE HINES, also known as "Young Costamado," knowing that he had

previously been convicted in a court of one or more crimes punishable by a term of

imprisonment exceeding one year, did knowingly and intentionally possess in and affecting

commerce a firearm, to wit: a 9mm Glock 19 firearm bearing serial number HA464 US and

ammunition.

     (Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 <u>et seq</u>.)

COUNT TWO
(Felon in Possession of Ammunition)

     2.     On or about June 13, 2020, within the Eastern District of New York,

the defendant TERIQUE HINES, also known as "Young Costamado," knowing that he had

previously been convicted in a court of one or more crimes punishable by a term of

imprisonment exceeding one year, did knowingly and intentionally possess in and affecting

commerce ammunition, to wit: 9mm caliber ammunition manufactured by Federal Cartridge

Company.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

3.     The United States hereby gives notice to the defendant that, upon his

conviction of either of the offenses charged herein, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States

Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in

or used in any knowing violation of Title 18, United States Code, Section 922 or Section

924, including but not limited to: (a) one 9mm Glock 19 firearm bearing serial number

HA464 and ammunition recovered from the trunk of a Black 2016 Jeep Grand Cherokee with

New Jersey license plate S20LDZ (the "Vehicle") in Brooklyn, New York, on or about July

30, 2019; and (b) 9mm caliber ammunition manufactured by Federal Cartridge Company,

recovered from the Vehicle in Brooklyn, New York, on or about June 13, 2020.

4.     If any of the above-described forfeitable property, as a result of any act

or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable

property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))


SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2020R00680

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*TERIQUE HINES,*

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1) and 3551 <u>et</u> <u>seq</u>.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail,* $ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Michael W. Gibaldi, Assistant U.S. Attorney (718) 254-6067**