**DOCKET NUMBER:**     CR 20-0416

## CRIMINAL CAUSE FOR Pleading

**Date Received By Docket Clerk:**_____     **Docket Clerk Initials:**_____

**BEFORE JUDGE:** Eric Komitee, USDJ   **DATE:** 10/28/20   **TIME IN COURT** 45 MINS

**DEFENDANT'S NAME:** Terique Hines   **DEFENDANT'S #:** 1
- ■ Present   ❏ Not Present   ■ Custody   ❏ Not Custody

**DEFENSE COUNSEL:** Karen Charrington
- ❏ Federal Defender   ❏ CJA   ■ Retained

**A.U.S.A.:** Michael Gibaldi

**CASE MANAGER:**  Alicia Guy

**COURT REPORTER:**    Rivka Teich

| | | | |
|---|---|---|---|
| ❏ | Arraignment | ❏ | Revocation of Probation non contested |
| ■ | Plea Hearing (~Util-Plea Entered) | ❏ | Revocation of Probation contested |
| ❏ | In Chambers Conference | ❏ | Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | ❏ | Sentencing Contested |
| ❏ | Initial Appearance | ❏ | Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | ❏ | Revocation of Supervised Release non-evidentiary |
| ■ | Video Conference | | |
| ❏ | Voir Dire Begun   ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial | | |

**UTILITIES**

- ■ ~Util-Plea Entered     ❏ ~Util-Add terminate Attorneys     ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter     ❏ ~Util-Indictment Un Sealed     ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines     ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings     ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties
- ■ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ■ NO

**TEXT:**   Pursuant to the CARES Act and Administrative Order 2020-13-2, the Court conducted today's plea hearing by video based on the defendant's consent and the Court's finding that the proceeding could not be delayed without risking serious harm to the interests of justice. After being sworn, and informed of his rights, Mr. Hines entered a plea of guilty to the charges contained in the information. The Court accepted Mr. Hines's plea of guilty and adjudicated him guilty. Sentencing will be held on March 2, 2021, at 2:00 p.m.